## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mac Kenneth Ortiz, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 514 M.D. 2020 |
| | : | |
| Superintendent Lee Estock, | : | |
| Pa. Board of Probation and Parole, | : | |
| Pa. Department of Corrections, | : | |
| Philadelphia District Attorney's Office, | : | |
| Pa. Attorney General's Office - Josh | : | |
| Shapiro, | : | |
| Respondents | : | |

## PER CURIAM                    O R D E R

NOW, January 21, 2022, upon consideration of Petitioner's application for reargument, and Respondents' answer in response thereto, the application is denied.